UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Raymond L. Semler,  Civ. No. 08-919 (JNE/RLE)

      Plaintiff,

vs.  ORDER

Eric Klang, Crow Wing County
Sheriff; and Rick Koop, Chief
Investigator for Crosby Police
Department; et al.,

      Defendants.

This case is before the Court on a Report and Recommendation issued by the Honorable Raymond L. Erickson, United States Magistrate Judge, on April 10, 2008.  The magistrate judge recommended that Plaintiff's application for in forma pauperis status be denied.  Plaintiff filed an objection.  The Court has conducted a de novo review of the record.  *See* D. Minn. LR 72.2(b).  Based on that review, the Court adopts the Report and Recommendation.  Therefore, IT IS ORDERED THAT:

1. The Clerk of Court shall not issue a Summons, nor deliver process to the United States Marshal for service upon the Defendants, until so directed by further Order of the Court.

2. Plaintiff's application for in forma pauperis status [Docket No. 2] is denied.

Dated:  May 8, 2008

                              s/ Joan N. Ericksen
                              JOAN N. ERICKSEN
                              United States District Judge