UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Raymond L. Semler,

    Plaintiff,

v.                                             Civil No. 08-919 (JNE/RLE)
                                                  ORDER

Eric Klang, Rick Koop,
John A. Bolduc, and Kyle Huber,

    Defendants.

This case is before the Court on a Report and Recommendation issued by the Honorable Raymond L. Erickson, Chief United States Magistrate Judge, on February 9, 2009. The magistrate judge recommended that the motion to dismiss of Rick Koop, John A. Bolduc, and Kyle Huber be granted, that Erick Klang's motion to dismiss be granted, and that Plaintiff's motion for default judgment against Klang be denied.[1] Plaintiff filed objections. The Court has conducted a de novo review of the record. *See* D. Minn. LR 72.2(b). Based on that review, the Court adopts the Report and Recommendation. Therefore, IT IS ORDERED THAT:

1.     Koop, Bolduc, and Huber's Motion to Dismiss [Docket No. 14] is GRANTED.

2.     Klang's Motion to Dismiss [Docket No. 21] is GRANTED.

3.     Plaintiff's Motion for Default Judgment [Docket No. 29] is DENIED.

4.     Plaintiff's Complaint [Docket No. 1] is DISMISSED WITH PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: March 3, 2009

                                                                         s/ Joan N. Ericksen
                                                                         JOAN N. ERICKSEN
                                                                         United States District Judge

---

[1]     Although the caption gives Klang's name as "Eric Klang," it appears from his motion papers that the correct spelling is "Erick Klang."